IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| In the Matter of | Case No. 09-30658 |
| | Chapter 7 |
| LEARNED, LAWRENCE RAY, | |
| Debtor. | |

## NOTICE OF UNCLAIMED FUNDS

Trustee, Jacqueline Sells Homann, submits her Notice of Unclaimed Funds as follows:

| | |
|---|---|
| PRA Receivables Management LLC as agent of Duke Energy Shared Services, Inc.<br>POB 960-EF367<br>Cincinnati, OH 45273-9598 | $447.89 |
| PRA Receivables Management LLC as agent of Duke Energy Shared Services, Inc.<br>POB 960-EF 367<br>Cincinnati, OH 45273-9598 | $5.62 |

Dated: August 17, 2011          Respectfully submitted,

/s/Jacqueline Sells Homann
Jacqueline Sells Homann
Jones Obenchain, LLP
600 KeyBank Building
202 South Michigan Street
Post Office Box 4577
South Bend, Indiana 46634
Telephone:  (574) 233-1194
Facsimile:  (574) 233-8957
Email:       jshtrustee@jonesobenchain.com

2

CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of August 2011, a true and correct copy of the above and foregoing Notice of Unclaimed Funds was served as follows:

Steven J. Glaser
Glaser.Bankruptcy@verizon.net

United States Trustee
ustpregion10.so.ecf@usdoj.gov

Lawrence Ray Learned
1136 W 50 N
Wabash, IN 46992

 /s/ Jacqueline Sells Homann
Jacqueline Sells Homann